IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD LYNN STERLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:10-cv-117-TMH |
| | ) | WO |
| BOB RILEY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on March 5, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #6) entered on February 18, 2010 is adopted;

3.  To the extent the plaintiff seeks enforcement of prior orders or consent decrees, all claims related to such orders/decrees are summarily DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

4.  With respect to those claims the plaintiff seeks to present regarding the legal rights or interests of other persons, these claims are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

5.  The plaintiff's claims arising from actions taken against him during his

incarceration at the Limestone Correctional Facility are DISMISSED without prejudice to the rights of the plaintiff to file a separate 42 U.S.C. § 1983 action in the United States District Court for the Northern District of Alabama.

     6. The plaintiff's request for class certification is DENIED.

     7. The plaintiff's motion for preliminary injunction is DENIED.

DONE this the 11th day of March, 2010.


                         /s/ Truman M. Hobbs
                SENIOR UNITED STATES DISTRICT JUDGE